## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAVID NOWAKOWSKI,      :   No. 53 WM 2019

          Petitioner      :

          v.      :

E.E. AUSTIN AND SON, INC., AMTHOR      :
STEEL CO., CARRARA STEEL      :
ERECTORS, INC., CH2M HILL      :
ENGINEERS, INC.,GENERAL ELECTRIC      :
CO., UPMC, KNOX, MCLAUGHLIN,      :
GRONALL, AND SENNETT, P.C.,      :

          Respondents      :

## ORDER


**PER CURIAM**

      **AND NOW**, this 24th day of October, 2019, the Petition for Leave to File Petition

for Allowance of Appeal *Nunc Pro Tunc* is DENIED.